1  ROBERT J. CALDWELL, ESQ.
   Nevada Bar No. 007637
2  E. DANIEL KIDD, ESQ.
   Nevada Bar No. 010106
3  KOLESAR & LEATHAM
   400 South Rampart Boulevard, Suite 400
4  Las Vegas, Nevada  89145
   Telephone:  (702) 362-7800
5  Facsimile:  (702) 362-9472
   E-Mail:    rcaldwell@klnevada.com
6             dkidd@klnevada.com

7  *Attorneys for Defendant, NISSAN-INFINITY LT*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| RONALD D. BARRERA,<br><br>             Plaintiff,<br><br>vs.<br><br>AURORA BANK, FSB; HOMEWARD RESIDENTIAL INC; NISSAN-INFINITY LT; EQUIFAX INFORMATION SERVICES, LLC,<br><br>             Defendants | CASE NO. 2:16-CV-02652<br><br>**ORDER TO EXTEND TIME FOR NISSAN-INFINITY LT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |
|---|---|

Plaintiff RONALD D. BARRERA ("Plaintiff"), by and through counsel of record, and Defendant NISSAN-INFINITY LT ("Nissan"), by and through counsel of record, (collectively Plaintiff and Nissan are hereafter referred to as the "Parties") hereby stipulate and agree as follows:

1. Nissan's response to Plaintiff's Complaint [ECF No. 1] is due December 27, 2016.

2. Nissan requested from Plaintiff an extension of time up to and including January 10, 2017 to respond to the Complaint, and Plaintiff does not oppose such an extension.

3. The Parties hereby stipulate and agree that Nissan has an extension of time up to and including January 10, 2017 to respond to the Complaint.

2284647                              Page 1 of 2

4. This request is made in good faith and not made for purposes of delay.

DATED 27th day of December, 2016.  DATED 27th day of December, 2016.

**HAINES & KRIEGER, LLC**  **KOLESAR & LEATHAM**

*s/ David H. Krieger*  *s/ E. Daniel Kidd*

DAVID H. KRIEGER, ESQ.  E. DANIEL KIDD, ESQ.
Nevada Bar No. 9086  Nevada Bar No. 010106
8985 S. Eastern Ave., Suite 350  400 South Rampart Boulevard Suite 400
Henderson, Nevada 89123  Las Vegas, Nevada 89145

*Attorneys for Plaintiff, Ronald D. Barrera*  *Attorneys for Defendant, Nissan-Infinity LT*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  January 6, 2017