UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD D. BARRERA, | Case No. 2:16-cv-02652-KJD-PAL |
| Plaintiff, | ORDER |
| v. | |
| AURORA BANK, FSB, et al. | |
| Defendants. | |

Before the court is the Notice of Settlement (ECF No. 11) between Plaintiff and Defendant Aurora Bank, FSB.  The parties request 60 days to complete settlement dismissal documents.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Aurora Bank, FSB shall have until **March 13, 2017,** to file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

DATED this 13th day of January, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE