WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Sean N. Payne, Esq.
Nevada Bar No. 13216
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
spayne@wrightlegal.net
*Attorneys for Defendant, Homeward Residential Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD D. BARRERA,<br><br>     Plaintiff,<br><br>v.<br><br>AURORA BANK, FSB; HOMEWARD RESIDENTIAL INC.; NISSAN-INFINITY LT; EQUIFAX INFORMATION SERVICES, LLC,<br><br>     Defendants. | Case No.:  2:16-cv-02652-KJD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT HOMEWARD RESIDENTIAL INC. TO FILE A RESPONSE PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant, Homeward Residential Inc. ("Homeward"), and Plaintiff, Ronald D. Barrera ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Homeward to file a answer or otherwise plead in response to Plaintiff's Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* [ECF No. 1] to **February 10, 2017.**

. . .

. . .

. . .

. . .

Page 1 of 2

1  This is the first request for an extension by Homeward, and is made in good faith so as to permit the parties to discuss possible resolution of this matter. This request is not made for purposes of hindrance or delay.

Dated: January 11, 2017

**WRIGHT FINLAY & ZAK LLP**

*/s/ Sean N. Payne*
Sean N. Payne, Esq.
Nevada Bar No. 13216
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Homeward Residential Inc.*

Dated: January 11, 2017

**HAINES & KRIEGER, LLC**

*/s/ David H. Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 13, 2017