1  WRIGHT, FINLAY & ZAK, LLP
   Edgar C. Smith, Esq.
2  Nevada Bar No. 5506
   Shadd A. Wade, Esq.
3  Nevada Bar No. 11310
   7785 W. Sahara Avenue, Suite 200
4  Las Vegas, NV 89117
5  (702) 475-7967; Fax: (702) 946-1345
   esmith@wrightlegal.net
6  swade@wrightlegal.net
7  *Attorneys for Defendant, Homeward Residential Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD D. BARRERA,<br><br>Plaintiff,<br><br>v.<br><br>AURORA BANK, FSB; HOMEWARD RESIDENTIAL INC.; NISSAN-INFINITY LT; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.:  2:16-cv-02652-KJD-PAL<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Defendant, Homeward Residential Inc. ( "Defendant"), by and through their attorneys of record of the law firm of Wright, Finlay & Zak, LLP, hereby give notice that Sean N. Payne, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP.  Wright, Finlay & Zak, LLP, will continue to represent Defendant and request that Edgar C. Smith, Esq. and Shadd A.

///
///
///
///
///
///
///

1 | Wade, Esq. receive all future notices.
2 |     DATED this __22nd__ day of February, 2017
3 | .    WRIGHT, FINLAY & ZAK, LLP

/s/Shadd A. Wade, Esq.
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Shadd A. Wade, Esq.
Nevada Bar No. 11310
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
swade@wrightlegal.net
esmith@wrightlegal.net
*Attorneys for Defendant, Homeward Residential Inc.*

IT IS SO ORDERED this 24th day of February, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that service of the foregoing **NOTICE OF DISASSOCIATION AND WITHDRAW OF COUNSEL** was made on the __22nd__ day of February, 2017 to all parties identified on the electronic notification system CM/ECF.

Rachel B Saturn
Morris Polich & Purdy LLP
3980 Howard Hughes Parkway
Suite 200
Las Vegas, NV 89109
*Attorney for Plaintiff, Ronald D. Barrera*

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123
*Attorney for Plaintiff, Ronald D. Barrera*

Colt B. Dodrill
Wolfe & Wyman LLP
6757 Spencer Street
Las Vegas, NV 89119
*Attorney for Defendant, Aurora Bank, FSB*

E. Daniel Kidd
Kolesar & Leatham, Chtd.
400 S. Rampart Boulevard
Suite 400
Las Vegas, NV 89145
*Attorney for Defendant, Nissan-Infinity LT*

Sean N. Payne
PAYNE LAW FIRM LLC
9550 S. Eastern Ave. Suite 253-A213
Las Vegas, NV 89123
702-952-2733
Fax: 702-462-7227
Email: seanpayne@spaynelaw.com

　　　　　　　　　__/s/Sara Aslinger__
　　　　　　　　　An Employee of WRIGHT, FINLAY & ZAK, LLP