# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD D. BARRERA,<br><br>    Plaintiff,<br><br>v.<br><br>AURORA BANK, FSB, *et al.*,<br><br>    Defendants. | Case No. 2:16-CV-2652-KJD-PAL<br><br>**ORDER** |

Plaintiff's Complaint (#1) was filed November 18, 2016.  Service of the summons and complaint was executed on Defendant Equifax Information Services, LLC on December 6, 2016. Defendant's answer was due on December 27, 2016.  However, Defendant has failed to answer or otherwise respond to the complaint. Therefore, the Court orders Plaintiff to file a status report, motion for entry of default, or notice of voluntary dismissal no later than April 18, 2017.

**IT IS SO ORDERED.**

DATED this 31st day of March 2017.

_____
Kent J. Dawson
United States District Judge