# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD D. BARRERA,<br><br>    Plaintiff,<br><br>v.<br><br>AURORA BANK FSB, *et al.*,<br><br>    Defendants. | Case No. 2:16-CV-002652-KJD-PAL<br><br>**ORDER** |

   Plaintiff's Complaint (#1) was filed November 18, 2016.  Service of the summons and complaint was executed on Defendant Homeward Residential, Inc. ("Homeward") on September 6, 2012.  On January 13, 2017, the court granted (#15) the parties stipulation to extend Homeward's deadline to file an answer until February 10, 2017.  However, Defendant has failed to answer or otherwise respond to the complaint. Therefore, the Court orders Plaintiff to file a status report, motion for default judgment, or notice of voluntarily dismissal no later than April 19, 2017.

   DATED this 31st day of March 2017.

_____
Kent J. Dawson
United States District Judge